Prompt Medical Supply, Inc., as Assignee of Sandra Lindie, Appellant, 
against
State Farm Mutual Auto Ins. Co., Respondent.




Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Rossillo & Licata, P.C. (Melissa A. Berkman, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Harriet L. Thompson, J.), entered December 7, 2016. The order granted defendant's motion to vacate a judgment of that court entered October 12, 2016 upon defendant's failure to appear or answer the complaint, and to compel plaintiff to accept defendant's late answer.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion to vacate a judgment of that court entered October 12, 2016 upon defendant's failure to appear or answer the complaint, and to compel plaintiff to accept defendant's late answer.
For the reasons stated in Prompt Med. Supply Inc., as Assignee of Gladstone Lawrence v State Farm Mut. Auto Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op _____ [appeal No. 2017-858 K C], decided herewith), the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 29, 2019